AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jeremy Travoi Saxon, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    0:19-cv-02436-DCN |
| | ) | |
| | ) | |
| | ) | |
| Brittany Archambault; Lonnie Smith; Donna Miller, | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other: The plaintiff, Jeremy Travoi Saxon, shall take nothing of the defendants, Brittany Archambault, Lonnie Smith, and Donna Miller, and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint with prejudice for failure to prosecute

Date:  October 20, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/M.McDonnell
_____

*Signature of Clerk or Deputy Clerk*